PEOPLE OF PORTO RICO, Plaintiff and Appellee, v. JUAN AYALA, Defendant and Appellant.

No. 3968.   Argued January 22, 1930.—Decided January 23, 1930.

*Arturo Aponte,* for appellant.   *A. R. Gómez,* for appellee.

MR. JUSTICE WOLF delivered the opinion of the court.

When the evidence tends to show that the defendant was riding in a truck with a pistol underneath his right thigh the court is justified in finding, not by circumstances but as a matter of direct evidence, that defendant was carrying the said pistol.   The case of *People* v. *Ramos,* 34 P.R.R. 455 is distinct.   A machete is an instrument in common use, independently of its being a weapon, and it was incumbent upon the government in that case to show that the defendant was actually carrying the machete or cane-knife.   The position in which the pistol was found—so close to the body of the defendant—established a prima facie case which the evidence of the defendant might have dispelled but did not.   We find no error and the judgment should be affirmed.